■ PEOPLE v LUIS ROJAS. [671 NYS2d 965] —The decision and order of this Court entered on July 20, 1995 (213 AD2d 56) is clarified to the following extent: The decision and order of this Court entered July 20, 1995 leaves undisturbed the PATH station identification of defendant. Concur—Sullivan, J. P., Ellerin, Williams and Tom, JJ.

■ In the Matter of ATTORNEYS IN VIOLATION OF JUDICIARY LAW § 468-A. TIMOTHY W. BUSLER, Admitted in 1992, at a Term of the Appellate Division, Second Department. [671 NYS2d 965] —Motion granted, and respondent reinstated as an attorney and counselor-at-law in the State of New York, effective immediately. Concur—Milonas, J. P., Ellerin, Nardelli, Williams and Mazzarelli, JJ. *[See,* 230 AD2d 366.]

■ In the Matter of MURRAY LANDSMAN, a Disbarred Attorney. [671 NYS2d 576] —Motion granted and petitioner reinstated as an attorney and counselor-at-law in the State of New York, effective February 5, 1998. Concur—Rosenberger, J. P., Ellerin, Wallach, Williams and Andrias, JJ.